## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| FRANCINE ELIZABETH KUPSCH, | Case No.: 19-CV-2161 W (MSB) |
|---|---|
| Plaintiff, | **ORDER CLOSING DISTRICT COURT CASE FILE** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security. | |
| Defendant. | |

The parties have filed a Joint Motion for Dismissal, which states that the parties have entered a stipulation to dismiss the case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B) [Doc. 14].  The stipulation **DISMISSES** this matter **WITH PREJUDICE**.  Accordingly, the Clerk shall close the District Court case file.

   **IT IS SO ORDERED**.

Dated:  April 20, 2020

_____
Hon. Thomas J. Whelan
United States District Judge